UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRISTOUT BOURGUIGNON,

    Plaintiff,

v.                                      Case No: 8:15-CV-317-T-36TBM

MARK JOHNSON and SARASOTA
MEMORIAL HOSPITAL,

    Defendants.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on March 4, 2015 (Doc. 5).  In the Report and Recommendation, Magistrate Judge McCoun III recommends that the Court DISMISS the Complaint (Doc. 1) and DENY without prejudice Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* Pursuant to 28 U.S.C. § 1915 (Doc. 2).  Judge McCoun further recommends that the Court grant Plaintiff permission to file an Amended Complaint.  Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* Pursuant to 28 U.S.C. § 1915 (Doc. 2) is **DENIED without prejudice.**

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED, without prejudice.**

(4) Plaintiff is granted leave to file an amended complaint within **twenty (20) days** of the date of this Order which clearly sets forth a cause of action cognizable in this Court and consistent with the pleading requirements of the Federal Rules of Procedure.  **Failure to file an amended complaint within this time period may result in the dismissal of this action without further notice from the Court**.

**DONE AND ORDERED** at Tampa, Florida on March 24, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record